540 P.2d 1251

**The STATE of Arizona, Appellant,**

v.

**Robert J. GRANT and Thomas H. Leschinsky, Appellees.**

**No. 3285–PR.**

Supreme Court of Arizona,
In Banc.

Oct. 9, 1975.
Rehearing Denied Nov. 4, 1975.

Dennis DeConcini, Pima County Atty., by Michael Edward Trauscht, Deputy County Atty., Tucson, for appellant.

Davis, Eppstein & Tretschok, by Lars Pedersen, Tucson, for appellee Grant.

Thomas Meehan, Tucson, for appellee Leschinsky.

CAMERON, Chief Justice.

Petition for review granted. The opinion of the Court of Appeals as reported in 24 Ariz.App. 201, 537 P.2d 38 (1975) is approved and adopted as the opinion of this court.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concurring.